|   |   |
|---|---|
| 1 | **KATHRYN J. FRITZ (CSB No. 148200)** |
|   | kfritz@fenwick.com |
| 2 | **FENWICK & WEST LLP** |
|   | 555 California Street, 12th Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:   (415) 875-2300 |
| 4 | Facsimile:    (415) 281-1350 |
|   |   |
| 5 | **MITCHELL ZIMMERMAN (CSB No. 88456)** |
|   | mzimmerman@fenwick.com |
| 6 | **FENWICK & WEST LLP** |
|   | Silicon Valley Center |
| 7 | 801 California Street |
|   | Mountain View, CA  94041 |
| 8 | Telephone:   (650) 988-8500 |
|   | Facsimile:    (650) 938-5200 |

Attorneys for Plaintiff
TARGETCAST NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TARGETCAST NETWORKS, INC., a Delaware corporation, | Case No. C 09-02482 MMC |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING MOTION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. |   |
| TARGETCAST TCM, INC., a New York corporation, |   |
| Defendant. | **JURY TRIAL DEMANDED** |

1  For good cause shown, Plaintiff TargetCaset Networks' Motion for an Order Continuing
2  Case Management Conference by two months to a date on or after November 11, 2009 is hereby
3  **GRANTED.**  The initial case management conference shall be set for
4  November 13, 2009, at 10:30 a.m.  . The dates for meeting ADR Deadlines and for filing a Rule
5  26(f) Report, completing initial disclosures, and filing a Case Management Statement are also
6  continued accordingly.
7  **IT IS SO ORDERED.**

Dated:  August 27, 2009

Hon. Maxine M. Chesney
United States District Court Judge