**KATHRYN J. FRITZ (CSB No. 148200)**
kfritz@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

**MITCHELL ZIMMERMAN (CSB No. 88456)**
mzimmerman@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
TARGETCAST NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARGETCAST NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGETCAST TCM, INC., a New York corporation,<br><br>Defendant. | **Case No. C 09-02482 MMC**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER EXTENDING TIME TO SERVE THE SUMMONS AND COMPLAINT**<br><br><u>**JURY TRIAL DEMANDED**</u> |

1  For good cause shown, Plaintiff TargetCast Networks' Motion for an Order Extending Time
2  to Serve the Summons and Complaint by thirty (30) days is hereby **GRANTED**.  Plaintiff shall
3  serve the Complaint by November 1, 2009.

4  **IT IS SO ORDERED**.

6  Dated: October 1, 2009

   _____
   Hon. Maxine M. Chesney
   United States District Court Judge