KATHRYN J. FRITZ (CSB No. 148200)
kfritz@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

MITCHELL ZIMMERMAN (CSB No. 88456)
mzimmerman@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
TARGETCAST NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARGETCAST NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGETCAST TCM, INC., a New York corporation,<br><br>        Defendant. | **Case No. C 09-02482 MMC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER EXTENDING TIME TO SERVE THE SUMMONS AND COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**JURY TRIAL DEMANDED** |

[PROPOSED] ORDER                                                                                   CASE NO. C 09-02482 MMC

1    For good cause shown, Plaintiff TargetCast Networks' Motion for an Order Extending Time
2 to Serve the Summons and Complaint by thirty (30) days is hereby **GRANTED.**  Plaintiff shall
3 serve the Complaint by __December 1, 2009_____.
4    Further, for good cause shown, Plaintiff TargetCast Networks' Motion for an Order
5 Continuing Case Management Conference by two months to a date on or after January 4, 2010 is
6 hereby **GRANTED.**  The initial case management conference shall be set for
7 __January 22, 2010_____.  The dates for meeting ADR Deadlines and for filing a Rule
8 26(f) Report, completing initial disclosures, and filing a Case Management Statement are also
9 continued accordingly.
10   **IT IS SO ORDERED.**

12 Dated:  __November 4, 2009_____         _____
13                                             Hon. Maxine M. Chesney
                                               United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER                           1                       CASE NO. C 09-02482 MMC